JUDGE BUCHWALD

08 CV 3629

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
COPENSHIP A.S.,

                          Plaintiff,         08 CV

-v-

                      STATEMENT PURSUANT
                      TO F.R.C.P. 7.1

FREMERY SHIPPING LIMITED, B.V.I., and
FREMERY SHIPPING LMIITED, HONG KONG,

                        Defendants.
----------------------------------------------------------------x

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff, COPENSHIP A.S., certifies that there are no corporate parents, subsidiaries, or affiliates of that party, which are publicly held.

Dated: Port Washington, New York
       April 16, 2008

                                        CHALOS, O'CONNOR & DUFFY, L.L.P.
                                        Attorneys for Plaintiff
                                        COPENSHIP A.S.,

            By:   _____
                         George M. Chalos (GC-8693)
                         366 Main Street
                         Port Washington, New York 11050
                         Tel: (516) 767-3600
                         Fax: (516) 767-3605
                         Email: gmc@codus-law.com