UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
COPENSHIP A.S.,

                      Plaintiff,                      08 CV 3629 (NRB)

-v-

FREMERY SHIPPING LIMITED, B.V.I., and
FREMERY SHIPPING LMIITED, HONG KONG,

                      Defendants.
------------------------------------------------------------x

## NOTICE OF CHANGE OF FIRM AFFILIATION & ADDRESS

      **PLEASE TAKE NOTICE** that counsel for Plaintiff, COPENSHIP A.S., formerly a Member of the firm, Chalos, O'Connor & Duffy, LLP, has changed his firm affiliation and address, and provides the Court and all counsel of record with the following updated contact details:

                Chalos & Co, P.C.
                123 South Street
                Oyster Bay, NY 11771
                Tel:  + 1 516 714 4300
                Fax: +1 866 702 4577
                Email:  gmc@chaloslaw.com

      The new email address for the undersigned is gmc@chaloslaw.com.

Dated: Oyster Bay, New York          Respectfully submitted,
       June 30, 2008

                                              s/George M. Chalos
                                              CHALOS & CO, P.C.
                                              123 South Street
                                              Oyster Bay, NY 11771
                                              Ph:    516-714 4300
                                              Fax:   866-702-4577
                                              Email: gmc@chaloslaw.com